IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY HER AND RACHEL YANG, | ) ) | |
| Plaintiffs, | ) ) | 2:08-cv-00233-GEB-GGH |
| v. | ) ) | ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION |
| CAREER SYSTEMS DEVELOPMENT, CORPORATION, and DOES 1 through, 10, | ) ) ) ) | OF TIME TO FILE OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT |
| Defendants. | ) ) | |

On August 10, 2009, Plaintiffs Johnny Her and Rachel Yang filed an ex parte application for an extension of time to file their oppositions to Defendant's two motions for summary judgment. Plaintiff requested that the filing date be moved from August 14, 2009 to August 21, 2009. The application for extension is denied as moot since, on August 11, 2009, this Court rescheduled the hearing on the motions for summary judgment to September 14, 2009.

Dated: August 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge